IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH GARY SARGENT,

      Petitioner,                    No. CIV S-06-2232 DFL KJM P

   vs.

B. CURRY, et al.,

      Respondents.            ORDER

                                /

Petitioner has requested an extension of time to file and serve an opposition to respondent's April 26, 2007 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner's May 24, 2007 request for an extension of time is granted; and

      2. Petitioner is granted thirty days from the date of this order in which to file and serve an opposition to respondent's April 26, 2007 motion to dismiss.

DATED: June 1, 2007.

                                          U.S. MAGISTRATE JUDGE

/mp
sarg2232.111