1

2

3

4

5

6

7

8

9

10              IN THE UNITED STATES DISTRICT COURT

11             FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

**KENNETH GARY SARGENT,**                         CIV S-06-2232 RRB KJM P

14                                  Petitioner,    **ORDER**

15              **v.**

16       **B. CURRY, et al.,**

17                                 Respondents.

18

19          Respondents have requested a thirty-day extension of time in which to file a reply to

20   Petitioner's opposition to Respondents' motion to dismiss.  GOOD CAUSE APPEARING,

21   Respondents are granted an extension of time to and including August 10, 2007, in which to file

22   a reply to the opposition to motion to dismiss filed by Petitioner.

23   Dated:  July 16, 2007.

24                                          _____

                                            U.S. MAGISTRATE JUDGE

25

26

27

28